# Court of Appeals
# of the State of Georgia

ATLANTA,  June 01, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1484. VINCENT T. WRIGHT v. PROFORCE STAFFING, INC.**

In this direct appeal, Vincent T. Wright seeks review of the superior court's order affirming a decision of the State Board of Workers' Compensation. However, an appeal from a decision of the superior court reviewing a decision of the State Board of Workers' Compensation must be brought by application for discretionary appeal. See OCGA § 5-6-35 (a) (1); *Adivari v. Sears, Roebuck & Co.*, 221 Ga. App. 279, 279 (471 SE2d 59) (1996). Because Wright failed to follow the proper appellate procedure, his appeal is hereby DISMISSED for lack of jurisdiction. See *Adivari*, 221 Ga. App. at 279.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/01/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*